In the Matter of the Claim of Joseph Malerschow, Respondent, against Murts Realty Co., Inc., and The Ocean Accident & Guarantee Corporation, Ltd., Appellants. State Industrial Board, Respondent.— Claimant received the use of a room, heated, and lighted by electricity, for which he rendered service to his employer, the landlord. The award was computed at the minimum

wage rate of eight dollars per week. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.